# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 15, 2023

## NO. 03-22-00406-CV

**Viet Tran, Individually and A/N/F for B.T., Nham Vo, Paulina Binh Dang, Huu Maui Tri, Thuy Bich Dang and James Dang, Appellants**

**v.**

**Affordable Burial and Cremation Services, LLC, and Roberto Falcon, Appellees**

### APPEAL FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, KELLY AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order signed by the trial court on April 13, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.